UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-26174 |
| Wendy Alexander | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Modifying Plan**

This cause, coming to be heard upon Debtor's Motion to Modify Plan, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. Debtor's Motion is GRANTED.

2. The Debtor's Chapter 13 Plan is modified to provide that the current plan default through June 2019 is deferred.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 22, 2019

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
847.972.6157