**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor     Wendy Alexander            Case No    18-26174       Chapter   13
Moving Creditor   Flagstar Bank, FSB   Date Case Filed   September 17, 2018

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe): __

Chapter 13   Date of Confirmation Hearing        Date Plan Confirmed   December 03, 2018

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of August 8, 2022: $157,938.04
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $171,824.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $ _____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months 3    Amount $4,489.81 (including attorney's fees and costs)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) Material payment default

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:  8/22/2022         Submitted By:      /s/Kinnera Bhoopal
                                            ARDC# 6295897
                                            McCalla Raymer Leibert Pierce, LLC